# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 21 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of                         )
*(Briefly describe the property to be searched*         )
*or identify the person by name and address)*           )   Case No.  **14-0558 TJS**
                                                        )
e-mail accounts listed on Attachment A1 and stored      )
at Google, Inc., 1600 Amphiteatre Parkway,              )
Mountain View, California 94043                         )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1.

located in the  **Northern**  District of  **California**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2421, 2422, and 371 | Transportation of any individual interstate with intent to engage in prostitution or any sexual activity; Coercion and enticement of an individual to travel in interstate commerce to engage in prostitution; conspiracy to commit the above offenses. |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kate Reilly Veronica Ryan, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: **March 6, 2014**

_____
*Judge's signature*

City and state: Baltimore, Maryland                        Timothy J. Sullivan, U.S. Magistrate Judge

*Printed name and title*